No. 03–8122.  RAMIREZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–8123.  SANCHEZ-LOPEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8125.  PINDELL v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 03–8126.  MILNER v. WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 03–8127.  LEAR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–8129.  LEWIS v. PINCHAK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–8130.  MCDONALD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 03–8133.  KENDRA v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS.  C. A. 7th Cir.  Certiorari denied.

No. 03–8134.  JONES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–8135.  JONES v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 03–8136.  DICKS, AKA HALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–8142.  SLATER v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 03–8143.  SALAS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–8144.  BETTS v. MCGRATH, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–8146.  RAMEY v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.